# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KAREN VATEL,                          )
                                      )
              Plaintiff,              )
                                      )
       v.                             )
                                      )    Civil Case No. 08cv467 (RJL)
ALLIANCE OF AUTOMOBILE               )
MANUFACTURERS                         )
                                      )
and                                   )
                                      )
DAVID K. McCURDY,                     )
                                      )
              Defendants.             )
_____ )

## ORDER AND FINAL JUDGMENT
(January **15**, 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is

hereby

**ORDERED** that defendants' Motion for Summary Judgment [# 25] is

GRANTED, and it is further

**ORDERED** that judgment is entered in favor of the defendants, and that the case

is dismissed with prejudice.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge

-1-